PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 19 PM 2:01

OFFICE OF THE CLERK

# United States District Court
District of Nebraska

## District of Nebraska

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | |
| Shawn Jackson | ) | Case No. 8:06CR64 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shawn Jackson, have discussed with Todd M. Beacom, Pretrial Services Officer, modification of my release as follows:

**To remove Condition (7) (k).**

I consent to this modification of my release conditions and agree to abide by this modification.

X _Shawn Jackson_   5/18/06          _[signature]_   5/18/06
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   5-18-06
Signature of Defense Counsel   Date

[ ✓ ]   The above modification of conditions of release is ordered, to be effective on _May 19, 2006_

[ ]   The above modification of conditions of release is **not** ordered.

_[signature]_   5/19/06
Signature of Judicial Officer   Date

Copy to PTS.