IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR64 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHAWN C. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**RE: MATERIAL WITNESS SHEENA BROWN**

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Beau Finley is appointed to represent the above named witness in this matter and shall forthwith file a written appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Beau Finley.

DATED this 27th day of July, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge